### Ogden et al., Appellants, *v.* Public School Employes' Retirement Board.

Argued March 26, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Nochem S. Winnet,* with him *A. Arthur Miller,* and *Fox, Rothschild, O'Brien & Frankel,* for appellants.

*Marshall J. Seidman,* Deputy Attorney General, with him *David Stahl,* Attorney General, for retirement board, appellee.

OPINION PER CURIAM, June 13, 1962:

The order of the court below affirming the adjudication of the Public School Employes' Retirement Board is affirmed on the opinion of Judge R. DIXON HERMAN, reported in 27 Pa. D. & C. 2d 151.